**Order entered November 5, 2012**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01446-CV

## IN RE: CHAPMAN HEXT & CO., P.C., GREGORY W. HEXT, CH WEALTH MANAGEMENT, LLC, WHITE ROCK ADVISORS, LLC, AND CHARLES E. CHAPMAN, Relators

### On Appeal from the 95th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 12-01326

## ORDER

The Court has before it real parties in interest's November 1, 2012 unopposed first motion for extension of time to file response to petition for writ of mandamus. The Court **GRANTS** the motion and **ORDERS** real parties in interest to file their response by November 15, 2012.

_____
JIM MOSELEY
PRESIDING JUSTICE